**92–1593.** State v. Bulerin. *Allen County*, No. 1–91–24. On motion for leave to amend memorandum. Motion granted.

**92–1595.** State ex rel. Greene v. Williams. In Mandamus. *Sua sponte*, alternative writ granted.

HOLMES, J., dissents.

**92–1621.** Toledo v. Parker. *Lucas County*, No. L–91–207. On motion for leave to file notice of cross-appeal instanter. Motion granted.

**92–1657.** State v. Lorenz. *Clermont County*, No. CA91–10–086. On motion for leave to withdraw as counsel. Motion granted.

**92–1670.** State v. White. *Clark County*, No. 2891. On motion for leave to file delayed appeal. Motion denied.

H. BROWN and RESNICK, JJ., dissent.

**92–1677.** Hill v. Ohio Adult Parole Auth. In Habeas Corpus. On motion for leave to withdraw pleading. Motion denied.

MOYER, C.J., SWEENEY and HOLMES, JJ., dissent.

**92–1685.** Ameicua v. Zamarelli. *Trumbull County*, No. 90–T–4515. On motion for leave to file notice of appeal instanter. Motion granted.

**92–1701.** State v. Jones. *Stark County*, No. CA–8525. On motion for leave to file delayed appeal. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–1702.** State v. White. *Clark County*, No. CA–1425. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**92–1731.** State v. Redd. *Trumbull County*, No. 91–T–4511. On motion to reconsider denial of extension. Motion denied.

DOUGLAS, H. BROWN and RESNICK, JJ., dissent.

**92–1744.** Cincinnati Gas & Elec. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. On August 28, 1992, the Cincinnati Gas & Electric Company filed a notice of appeal from the Opinion and Order of May 12, 1992, the Entry on Rehearing of July 2, 1992, and the Order on Rehearing of August 20, 1992, of the Public Utilities Commission of Ohio (collectively, the commission's "orders"). On September 17, 1992, the city of Cincinnati filed a notice of appeal of the commission's orders. The notice of appeal was docketed as a second notice of appeal in this case. For purposes of administrative convenience,

IT IS ORDERED by the court, *sua sponte*, effective October 20, 1992, that the notice of appeal filed by the city of Cincinnati shall be docketed under a separate case number, 92–2101, with the caption of *"City of Cincinnati v. Public Utilities Commission of Ohio."*

IT IS FURTHER ORDERED that the assignment of a new case number shall not alter the current briefing schedule.

**92–1760.** Leslie v. Kroger Co. *Clark County*, Nos. 2824 and 2899. On motion for leave to file notice of appeal and extension instanter. Motion granted.

HOLMES, J., dissents.

H. BROWN, J., not participating.

**92–1777.** State v. Beasley. *Cuyahoga County*, No. 60053. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–1780.** State v. Lewis. *Cuyahoga County*, No. 59465. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.